# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONTEGUT PROPERTIES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3134** |
| **LLOYDS OF LONDON, ET AL.** | **SECTION: "C" (4)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Liberty's Motion for Involuntary Dismissal (R. Doc. 93) is **DENIED**.

New Orleans, Louisiana, this 31 day of Sept, 2009.

_____
**UNITED STATES DISTRICT JUDGE**